UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHAWN GRAHAM,

                Plaintiff,

    -against-                                   19 **CIVIL** 2183 (GBD) (SDA)

                                                         **JUDGMENT**

TAKE-TWO INTERACTIVE SOFTWARE,
INC., 2K SPORTS, INC., and 2K GAMES, INC.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 22, 2020, Magistrate Judge Aaron's Report is Adopted; Defendants' motion to dismiss Plaintiff's complaint for failure to prosecute (ECF No.32), is granted to the extent that Plaintiff's complaint, (ECF No. 1), is dismissed without prejudice.

**Dated:**  New York, New York
            June 23, 2020

                                                                   **RUBY J. KRAJICK**
                                                                   _____
                                                                      Clerk of Court
                                             **BY:**
                                                                      _____
                                                                        **Deputy Clerk**